IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OVERTIME ELITE LLC, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW GUMPER, et al., <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:22-CV-4143-TWT |

### ORDER

This is a breach of contract action. It is before the Court on the Plaintiff's Motion to Dismiss the Counterclaim of Defendant AG Light & Sound Inc. [Doc. 12] which is DENIED as moot due to the filing of an Amended Counterclaim.

SO ORDERED, this   13th   day of March, 2023.

/s/ Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge